```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JENNIFER H. PONZINI,                                             :
                              Plaintiff,                         :
                                                                 :
        -v-                                                      :   20-cv-2522 (LJL)
                                                                 :
COMMISSIONER OF SOCIAL SECURITY,                                 :   ORDER OF SERVICE AND
                                                                 :     SCHEDULING ORDER
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------:
                                                                 X
```

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived.

      In accordance with the Standing Order "Motions for Judgment on the Pleadings in Social Security Cases," 16-MC-0171 (Apr. 20, 2016):

      Within 90 days of the date of this order, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

      If the Commissioner wishes to file a motion for judgment on the pleadings, the Commissioner must do so within 60 days of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

      The plaintiff must file an answering brief within 60 days of the filing of the Commissioner's motion. The Commissioner may file a reply within 21 days thereafter.

SO ORDERED.

Dated: March 25, 2020
       New York, New York
                                                    LEWIS J. LIMAN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020