**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JENNIFER H. PONZINI,

                    Petitioner,                       20 **CIVIL** 2522 (LJL)

        -against-                             **JUDGMENT**

COMMISSIONER O FSOCIAL SECURITY,

                    Respondent
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 28, 2021, Petitioner's motion for

judgment on the pleadings is DENIED and Respondent's cross-motion for judgment on the pleadings

is GRANTED.


**Dated:**  New York, New York
       September 29, 2021

                              **RUBY J. KRAJICK**
                    _____
                         **Clerk of Court**
          **BY:**
                         **Deputy Clerk**